IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Torres, Teodoro J

Printed: 12/13/07

Case Number: 06 B 10236
Judge: Hollis, Pamela S
Filed: 8/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 24, 2007
Confirmed: November 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,200.00 |  |
| Secured: |  | 2,224.39 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,774.00 |
| Trustee Fee: |  | 201.60 |
| Other Funds: |  | 0.01 |
| Totals: | 4,200.00 | 4,200.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | McGrath & Velazquez | Administrative | 1,774.00 | 1,774.00 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 4. | Triad Financial Services | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 980.00 | 0.00 |
| 6. | Monterey Financial Services | Secured | 1,558.90 | 184.41 |
| 7. | Wells Fargo Bank | Secured | 30,621.17 | 1,850.74 |
| 8. | Barclays Capital Real Estate | Secured | 3,131.00 | 189.24 |
| 9. | Illinois Dept of Revenue | Priority | 9,612.03 | 0.00 |
| 10. | Internal Revenue Service | Priority | 13,089.07 | 0.00 |
| 11. | Zalutsky & Pinski Ltd | Unsecured | 136.12 | 0.00 |
| 12. | B-Line LLC | Unsecured | 55.82 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 126.00 | 0.00 |
| 14. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 1,071.25 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 178.94 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 69.27 | 0.00 |
| 17. | Cingular Wireless | Unsecured | 40.69 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 30.64 | 0.00 |
| 19. | Verizon Wireless | Unsecured | 112.30 | 0.00 |
| 20. | Internal Revenue Service | Unsecured | 527.90 | 0.00 |
| 21. | Department Of The Treasury | Priority |  | No Claim Filed |
| 22. | Orchard Bank | Unsecured |  | No Claim Filed |
| 23. | Evergreen Emergency Service | Unsecured |  | No Claim Filed |
| 24. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 25. | Comcast | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Torres, Teodoro J | Case Number: 06 B 10236 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 12/13/07 | Filed: 8/21/06 |

| | | | |
|---|---|---|---|
| 26. Emergency Room Care Providers | Unsecured | | No Claim Filed |
| 27. Direct Tv | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 63,115.10 | $ 3,998.39 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 201.60 |
| | _____ |
| | $ 201.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____